Mark Brnovich
Attorney General

Michael K. Goodwin, Bar No. 014446
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone:  (602) 542-7674
Facsimile:   (602) 542-7644
Michael.Goodwin@azag.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brittney Fountain,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>State of Arizona, et al.<br><br>　　　　　　　　Defendants. | Case No:  CV-21-00356-JJT<br><br>**CERTIFICATE OF CONFERRAL** |

The undersigned counsel for the State Defendants certifies that he has conferred with Plaintiff's counsel, and that the parties are unable to agree that the Complaint has deficiencies that can be cured by amendment.

　　　　RESPECTFULLY SUBMITTED this 2nd day of April, 2021.

　　　　　　　　　　　　　　　　　　Mark Brnovich
　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　s/ Michael Goodwin
　　　　　　　　　　　　　　　　　　Michael K. Goodwin
　　　　　　　　　　　　　　　　　　Assistant Attorneys General
　　　　　　　　　　　　　　　　　　Attorneys for Defendants

1. I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which generates a Notice of Filing to the following CM/ECF registrants on this 2nd day of April, 2021:

Anne E. Findling, Esq.
Lauren E. Channell, Esq.
ROBBINS & CURTIN, P.L.L.C.
301 East Bethany Home Rd, #B-100
Phoenix, AZ 85012

Georgia A. Staton
Ravi V. Patel
JONES, SKELTON & HOCHULI P.L.C.
40 North Central Avenue
Phoenix, AZ  85004
Attorneys for Defendant Jason McClelland


s/ Michael Goodwin
#9408801

2