Anne E. Findling, Esq. (010871)
Lauren E. Channell, Esq. (033484)
**ROBBINS & CURTIN, p.l.l.c.**
301 East Bethany Home Road, #B-100
Phoenix, Arizona 85012
Tel: 602-285-0100
Fax: 602-265-0267
anne@robbinsandcurtin.com
lauren@robbinsandcurtin.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Brittney Fountain, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>State of Arizona, a body politic; Jason McClelland, an individual, on his own behalf and on behalf of his marital community; Jeffrey Van Winkle, an individual, on his own behalf and on behalf of his marital community; Charles Ryan, an individual, on his own behalf and on behalf of his marital community; and David Shinn, on his own behalf and on behalf of his marital community,<br><br>Defendants. | No. 2:21-cv-00356-JJT<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS (Doc. 21)**<br><br>**(First Request)** |

Pursuant to L.R.Civ.P. 7.3, Plaintiff respectfully moves this Court to extend the time for Plaintiff to respond to the Motion to Dismiss filed on April 2, 2021 (Doc. 21) by Defendants State of Arizona, Ryan, Shinn, and Van Winkle.

An extension of three weeks, i.e., from April 16, 2021 to May 7, 2021 is requested, in order to permit Plaintiff's counsel to attend to a personal matter at the time period that Plaintiff's response would be due. Counsel for the Defendants have indicated they have no opposition to the granting of the extension.

RESPECTFULLY SUBMITTED: April 5, 2021.

**ROBBINS & CURTIN, p.l.l.c.**

By: /s/ Anne E. Findling
Anne E. Findling
Lauren E. Channell
301 E. Bethany Home, #B-100
Phoenix, Arizona 85012
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

Office of the Arizona Attorney General
Michael K. Goodwin, Ass't. Attorney General
2005 North Central Avenue
Phoenix, AZ   85004-1592
(Email: Michael.goodwin@azag.gov)

Georgia A. Staton, Attorney;
Ravi V. Patel, Attorney
JONES, SKELTON & HOCHULI
40 North Central
Phoenix, AZ   85004
(Email: gstaton@jshfirm.com
rpatel@jshfirm.com)

By: _____/s/ Cricket Bourget_____