Mark Brnovich
Attorney General

Michael K. Goodwin, Bar No. 014446
Kirstin A. Story, Bar No. 023485
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone:  (602) 542-7674
Telephone:  (602) 542-7687
Facsimile:   (602) 542-7644
Michael.Goodwin@azag.gov
Kirstin.Story@azag.gov
Attorneys for State Defendants

Anne E. Findling, Esq.
Lauren E. Channell, Esq.
ROBBINS & CURTIN, P.L.L.C.
301 East Bethany Home Rd, #B-100
Phoenix, AZ 85012
Telephone:  (602) 285-0100
Facsimile:   (602) 265-0267
anne@robbinsandcurtin.com
lauren@robbinsandcurtin.com
Attorneys for Plaintiff

Georgia A. Staton
Ravi V. Patel
JONES, SKELTON & HOCHULI P.L.C.
40 North Central Avenue
Phoenix, AZ  85004
Telephone:  (602) 263-1752
Facsimile:   (602) 200-7854
gstaton@jshfirm.com
rpatel@jshfirm.com
Attorneys for Defendant Jason McClelland

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Brittney Fountain,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>State of Arizona, et al.<br><br>　　　　　　Defendants. | Case No:  CV-21-00356-JJT<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to LRCiv 40.2, Plaintiff and Defendants hereby give notice that they have reached a settlement. The parties are in the process of preparing and executing the settlement documents, and a stipulation of dismissal is forthcoming.

RESPECTFULLY SUBMITTED this 3rd day of August, 2022.

| ROBBINS & CURTAIN, p.l.l.c. | MARK BRNOVICH<br>Attorney General |
|---|---|
| s/ Lauren E. Channell (with permission)<br>Lauren E. Channell<br>Attorneys for Plaintiff | s/ Michael K. Goodwin<br>Michael K. Goodwin<br>Assistant Attorney General<br>Attorneys for the State Defendants |

JONES, SKELTON & HOCHULI P.L.C.

s/ Georgia A. Staton (with permission)
Georgia A. Staton
Attorneys for Defendant Jason McClelland

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant, this 3rd day of August, 2022, to:

Anne E. Findling, Esq.
Lauren E. Channell, Esq.
ROBBINS & CURTIN, P.L.L.C.
301 East Bethany Home Rd, #B-100
Phoenix, AZ 85012
Attorneys for Plaintiff

Georgia A. Staton
Ravi V. Patel
JONES, SKELTON & HOCHULI P.L.C.
40 North Central Avenue
Phoenix, AZ 85004
Attorneys for Defendant Jason McClelland

s/ Lynda Ficarra
#10564371

2